**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00723-CV

## JOHN MARSTON, APPELLANT

## V.

## ADMINSOURCE CONCEPTS, LLC, ET AL., APPELLEES

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03694-E**

## ORDER

We **GRANT** District Clerk Felicia Pitre's August 5, 2016 request to extend time to file

the clerk's record and **ORDER** the clerk's record filed no later than August 15, 2016.


/s/     CAROLYN WRIGHT
         CHIEF JUSTICE